**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, NV 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail: murban@theurbanlawfirm.com
                 nring@theurbanlawfirm.com
*Counsel for Defendant, International Brotherhood of Electrical Workers, Local Union 357*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| DESERT SUN ENTERPRISES LIMITED d/b/a CONVENTION TECHNICAL SERVICES,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION 357, et al.<br><br>Defendant. | CASE NO: 2:13-cv-01885-MMD-NJK<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**<br><br>**[First Request]** |

Defendant, International Brotherhood of Electrical Workers, Local Union No. 357 ("Local 357"), by and through its counsel of record, the Urban Law Firm, and Plaintiff, Desert Sun Enterprises Limited d/b/a Convention Technical Services, by and through its counsel of record, Lionel, Sawyer & Collins, hereby stipulate and request the deadline for Defendant's response to the Plaintiffs Motion for Summary Judgment is extended from June 30, 2014, to July 10, 2014.

This request and stipulation is made for good cause and is not made with any intent to delay these proceedings. The purpose of requesting the extension of time to respond to the Motion for Summary Judgment is the parties completed a meet and confer on June 26, 2014, and they have resolved remaining discovery disputes but Defendant needs additional time to respond.

1

1  An extension of the time to respond will allow the parties to complete resolution of the discovery
2  dispute. For these reasons, the parties, through their respective counsels, submit there is good cause for
3  extending the response deadline to the Motion for Summary Judgment in this matter and request the
4  Court grant the stipulation to extend the Defendant's response deadline from June 30, 2014, to July 10,
5  2014.

Dated: June 30, 2014                **LIONEL SAWYER & COLLINS**

/s/ Amy L. Baker
Gregory E. Smith, Esq.
Nevada Bar No. 1590
Amy L. Baker, Esq.
Nevada Bar No. 11907
***Attorneys for Plaintiff***

Dated: June 30, 2014.                **THE URBAN LAW FIRM**

/s/ Nathan R. Ring
Nathan R. Ring, Esq.
Nevada State Bar No. 12078
***Counsel for Defendant, Local 357***

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

Dated: June 30, 2014

2