MALANI L. KOTCHKA, ESQ. (NSB 283)
HEJMANOWSKI & McCREA LLC
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
T 702.834.8777 | F 702.834.5262
mlk@hmlawlv.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DESERT SUN ENTERPRISES LIMITED d/b/a CONVENTION TECHNICAL SERVICES, a Nevada limited-liability company,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION 357; INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 631; and SOUTHERN NEVADA BUILDING AND CONSTRUCTION TRADES COUNCIL<br><br>　　　　　　Defendants. | Case No. 2:13-cv-01885-RFB-NJK<br><br>**MOTION TO REMOVE ATTORNEYS FROM ELECTRONIC SERVICE LIST** |

Plaintiff Desert Sun Enterprises Limited d/b/a Convention Technical Services ("CTS") moves the Court to remove Amy L. Baker and Gregory E. Smith from the Electronic Service List. This motion is made and based on the fact that they are no longer the attorneys of record

/ / /

/ / /

/ / /

for this case.  The attorneys of record for this case have been changed to Malani L. Kotchka of Hejmanowski & McCrea LLC.

          HEJMANOWSKI & McCREA LLC

        By: /s/ Malani L. Kotchka
          Malani L. Kotchka, Esq. (NSB 283)
          520 South Fourth Street, Suite 320
          Las Vegas, Nevada 89101

         *Attorneys for Plaintiff*

IT IS SO ORDERED.

Dated: January 12, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge

HEJMANOWSKI &
McCREA LLC
ATTORNEYS AT LAW
520 S. 4th ST., STE. 320
LAS VEGAS,
NEVADA 89101
702.834.8777

Page 2 of 3